Charles Shepherd, pro se.

---

THE STATE OF OHIO, APPELLEE, *v.* HARRIS, APPELLANT.

[Cite as *State v. Harris,* **130 Ohio St.3d 362, 2011-Ohio-5783.**]

(No. 2011–1238—Submitted October 18, 2011—Decided November 15, 2011.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The cause is remanded to the court of appeals for application of *State v. Williams,* 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

---

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Joshua L. Goode, for appellant.